FILE COPY

No. 07-13-00264-CR

| | | |
|---|---|---|
| Mario Ballesteros Campos<br>  Appellant | § | From the 47th District Court<br>  of Randall County |
| | § | |
| v. | | August 26, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated August 26, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o